IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CRUZ, | 2:06-cv-2485-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DEL PRADO, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration of the magistrate judge's December 11, 2006, order.

       Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  Specifically, the order notes several defects in plaintiff's complaint and dismisses with leave to amend.  To the extent plaintiff disagrees with the magistrate judge's characterization of the allegations in the complaint, plaintiff may clarify those allegations in his amended complaint.  The December 11, 2006, order is, therefore, affirmed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration is denied; and
2. The magistrate judge's December 11, 2006, order is affirmed.

Dated: January 25, 2007

GARLAND E. BURRELL, JR.
United States District Judge